

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-16-00271-CV |
| IN THE MATTER OF THE ESTATE OF § | Appeal from |
| JORGE ROBERTO ROJERO, § | Probate Court No. 1 |
| DECEASED. § | of El Paso County, Texas |
| § | (TC # 2014-CPR03416) |
| § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF OCTOBER, 2017.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rodriguez, and Palafox, JJ.